UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GLEN CRAIG,<br><br>                              Plaintiff,<br><br>        - against -<br><br><br>BUZZFEED, INC.<br>                              Defendant. | Docket No. 17-cv-5301<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Glen Craig ("Craig" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant BuzzFeed, Inc. ("BuzzFeed" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.     This is an action for copyright infringement under Section 501 of the Copyright Act.  This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of *The Stooges*' bassist Dave Alexander which is owned and registered by Craig, a professional photographer.  Accordingly, Plaintiff seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.*

## JURISDICTION AND VENUE

2.     This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.     This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacting doing business in New York.

4.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Craig is a professional photojournalist having a usual place of business at 30-60 Crescent St. #2c, Astoria, New York 11102.

6.      Upon information and belief, BuzzFeed is a foreign business corporation duly organized and existing under the laws of Delaware with a principal place of business at 111 E. 18th St., 13th Floor, New York, NY 10003.   Upon information and belief, BuzzFeed is registered with the New York Department of State, Division of Corporations to do business in the State of New York.  At all times material hereto, BuzzFeed has owned and operated a website at the URL: www.buzzfeed.com (the "Website").

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photograph**

7.      Craig photographed Dave Alexander, the iconic bassist for 70's Rock n Roll band *The Stooges* (the "Photograph").  A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Craig is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.      The Photograph was registered with the U.S. Copyright Office and was given Copyright Registration Number VAu1-205-736, effective as of February 2, 2015.

**B.      Defendant's Infringing Activities**

10.     Upon information and belief, on July 23, 2015, BuzzFeed ran an article on the Website entitled *9 Members of the 27 Club (or Musicians Who Died at 27)*.  See https://www.buzzfeed.com/unfrufru/9-members-of-the-27-club-or-musicians-who-died-at-1m8j7?utm_term=.uyX4jYyDL#.fe9Lz4QGK

11.    BuzzFeed's article prominently featured the Photograph.  A screen shot of the relevant portion of the article displaying the Photograph is attached hereto as Exhibit B.

12.    BuzzFeed did not license the Photograph from Plaintiff for its article, nor did BuzzFeed have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST BUZZFEED)**
**(17 U.S.C. §§ 106, 501)**

13.    Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14.    BuzzFeed infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website.  BuzzFeed is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15.    The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16.    Upon information and belief, the foregoing acts of infringement by BuzzFeed have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17.    As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

18.    Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

19.     Plaintiff is further entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

20.     Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages.  Plaintiff has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.     That Defendant BuzzFeed be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.     Plaintiff be awarded either: (a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or (b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.     That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4.     That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5.     That Plaintiff be awarded pre-judgment interest; and

6.     Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
       July 13, 2017

LIEBOWITZ LAW FIRM, PLLC

By: /s/jameshfreeman
     James H. Freeman
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
JF@LiebowitzLawFirm.com

*Attorneys for Plaintiff Glen Craig*